LAW OFFICES OF
# ARENZ, MOLTER, MACY, RIFFLE & LARSON, S.C.

720 N. EAST AVENUE
P.O. BOX 1348
WAUKESHA, WISCONSIN 53187-1348
Telephone (262)548-1340
Facsimile (262)548-9211
Email: sschmid@ammr.net
Email: rbitar@ammr.net

DALE W. ARENZ, RETIRED
DONALD S. MOLTER, JR., RETIRED
JOHN P. MACY,
  COURT COMMISSIONER
H. STANLEY RIFFLE,
  COURT COMMISSIONER
ERIC J. LARSON

RICK D. TRINDL
PAUL E. ALEXY
R. VALJON ANDERSON
REMZY D. BITAR
MATTEO REGINATO
LUKE A. MARTELL
SAMANTHA R. SCHMID

February 15, 2017

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin, Green Bay Division
Jefferson Court Building
125 S. Jefferson St – Room 102
Green Bay, WI 54301

    Re:   *Winnebago Apartment Association, Inc. et al. v City of Oshkosh et al.*
           *Case No. 17-CV-154*

Dear Judge Griesbach:

I have been notified that the City's amended residential inspection ordinance was adopted by the Common Council at last night's meeting. The ordinance took the same form as that which was provided to the Court in my February 9 letter. The ordinance will be published this Saturday, February 18 and will go into effect Sunday, February 19.

If you have any questions or concerns, please do not hesitate to contact me.

    Yours very truly,

                    ARENZ, MOLTER, MACY,
                    RIFFLE & LARSON, S.C.

                    Samantha R. Schmid
                    Remzy D. Bitar

cc:    Attorney Eric M. McLeod   (send via email only)
       Attorney Jeffrey L. Vercauteren   (send via email only)