UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WINNEBAGO APARTMENT
ASSOCIATION, INC.,
DISCOVERY PROPERTIES, LLC,
MIDWEST REALTY MANAGEMENT,
INC., SCHWAB PROPERTIES, LLC,
DONN LORD, JORDAN HANSEN, LYN
KOLF, ALEX OBERTHALER, and
AUSTIN VIKE,

    Plaintiffs,

 v.

CITY OF OSHKOSH, CITY OF OSHKOSH
COMMON COUNCIL, and JOHN ZARATE,

    Defendants.

Case No. 17-CV-154

---

## STIPULATION AND ORDER FOR DISMISSAL

### STIPULATION

 Plaintiffs, by their attorneys, and Defendants, by their attorneys, hereby stipulate that this action should be dismissed with prejudice and without an award of costs to any party. The parties request that, pursuant to this Stipulation, the Court enter the Order set forth below.

 Dated this 1st day of September, 2017.

        **HUSCH BLACKWELL LLP**
        Attorneys for Plaintiffs

        By: /s/ Eric M. McLeod
           ERIC M. MCLEOD
           State Bar No: 1021730
           JEFFREY L. VERCAUTEREN
           State Bar No: 1070905

Dated this 1st day of September, 2017.

          **ARENZ, MOLTER, MACY, RIFFLE & LARSON, S.C.**
          Attorneys for Defendants, City of Oshkosh, City of Oshkosh Common Council and John Zarate

By: /s/ Remzy D. Bitar
     REMZY D. BITAR
     State Bar No: 1038340
     SAMANTHA SCHMID
     State Bar No: 1096315

**ORDER**

Based upon the foregoing Stipulation,

    IT IS HEREBY ORDERED that this action shall be dismissed with prejudice and without an award of costs to either party.

    **SO ORDERED** at Green Bay, Wisconsin this _____ day of _____, 2017

                                                _____
                                                William C. Griesbach, Chief Judge
                                                United States District Court